IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19-mj-498 |
| v. | : | |
| SEALED DOCUMENTS | : | MOTION TO SEAL CRIMINAL COMPLAINT, ATTACHMENTS, AFFIDAVIT AND ARREST WARRANT |

- - - - - - - - - - - - - -

Now comes the United States Attorney and respectfully moves this Court for an Order that the Criminal Complaint, Attachments, Affidavit and Arrest Warrant be sealed and kept from public inspection until such time as ordered by this Court.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Vipal J. Patel
VIPAL J. PATEL (156212 CA)
Assistant United States Attorney
Attorney for Plaintiff
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Vipal.patel@usdoj.gov