# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>ETHAN KOLLIE<br><br>_Defendant_ | ) ) Case No. 3:19-mj-498<br>) )<br>) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ ETHAN KOLLIE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 922(g)(3) - Possession of a firearm by an unlawful user/addict of a controlled substance
Count 2: 18 U.S.C. § 924(a)(1)(A) - Making a false statement regarding firearms

Date: 08/09/2019

_Issuing officer's signature_

City and state: Dayton, OH

Hon. Michael J. Newman, U.S. Magistrate Court Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 8/9/2019 , and the person was arrested on _(date)_ 8/9/2019
at _(city and state)_ Beavercreek, OH .

Date: 8/9/2019

_Arresting officer's signature_

Patrick Gragan, Special Agent FBI
_Printed name and title_