IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19MJ498 |
| v. | : | |
| ETHAN KOLLIE | : | MOTION TO UNSEAL CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT AND ARREST WARRANT |

Now comes the United States, by counsel, and respectfully requests that the Criminal Complaint and Supporting Affidavit filed on August 9, 2019 in the above captioned case be unsealed.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Vipal J. Patel
VIPAL J. PATEL (156212 CA)
Assistant United States Attorney
Attorney for Plaintiff
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Vipal.patel@usdoj.gov