UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

  Plaintiff,           Case No. 3:19-mj-498

vs.

ETHAN KOLLIE,         Magistrate Judge Michael J. Newman

  Defendant.

_____

**ORDER DENYING DEFENDANT'S MOTION FOR REVOCATION OF THE COURT'S DETENTION ORDER (DOC. 15)**
_____

  This criminal case is before the Court on Defendant's motion for revocation of the undersigned's detention order.  Doc. 15.  The Court has reviewed Defendant's motion and carefully considered it.  Defendant's motion is **DENIED**.

  **IT IS SO ORDERED.**


Date: August 23, 2019        s/ Michael J. Newman
                    Michael J. Newman
                    United States Magistrate Judge