IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19-MJ-498 |
| v. | : | |
| | : | |
| ETHAN KOLLIE | | |
| Defendant, | | |

**NOTICE OF APPEARANCE OF CO-COUNSEL**

Comes now the United States of America, through undersigned counsel, providing notice that Assistant United States Attorney Dominick S. Gerace, will, from this date forward appear in this case as co-counsel.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    United States Attorney

    s/Dominick S. Gerace
    DOMINICK S. GERACE (0082823)
    Assistant United States Attorney
    Attorney for Plaintiff
    200 West Second Street, Suite 600
    Dayton, Ohio 45402
    Office: (937) 225-2910
    Fax: (937) 225-2564
    E-mail: Dominick.S.Gerace@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Appearance of Co-Counsel was electronically filed on all counsel of record on this 23rd day of August 2019.

                                            s/Dominick S. Gerace
                                            DOMINICK S. GERACE (0082823)
                                            Assistant United States Attorney