### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:19-mj-498** |
| Plaintiff | : | |
| vs. | : | |
| **ETHAN KOLLIE** | : | |
| Defendant | : | |

---

### NOTICE OF APPEAL
---

     Now comes Defendant Ethan Kollie, by and through undersigned counsel providing notice of appeal to the Magistrate's decision (DOC#16).

 

Respectfully submitted,

/s/Nicholas G. Gounaris
**Nicholas G. Gounaris (0064527)**
GOUNARIS ABBOUD CO.
Co-Counsel for Defendant, Ethan Kollie
130 W. Second Street, Suite 2000
Dayton, Ohio 45402
(937) 222-1515
(937) 222-1224 fax
nick@gafirm.com

/s/Antony A. Abboud
**Antony A. Abboud (0078151)**
GOUNARIS ABBOUD CO.

**GOUNARIS ABBOUD
INC., LPA**
A Legal Professional Association
130 W. Second St., Ste. 2000
Dayton, Ohio 45402
Office: (937) 222-1515
Facsimile: (937) 222-1224
Website: www.gafirm.com

Co-Counsel for Defendant, Ethan Kollie
130 W. Second Street, Suite 2000
Dayton, Ohio 45402
(937) 222-1515
(937) 222-1224 fax
tony@gafirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all parties of record.

/s/Nicholas G. Gounaris
**Nicholas G. Gounaris (0064527)**

**GOUNARIS ABBOUD INC., LPA**
A Legal Professional Association
130 W. Second St., Ste. 2000
Dayton, Ohio 45402
Office: (937) 222-1515
Facsimile: (937) 222-1224
Website: www.gafirm.com

**GOUNARIS ABBOUD**
**INC., LPA**
A Legal Professional Association
130 W. Second St., Ste. 2000
Dayton, Ohio 45402
Office: (937) 222-1515
Facsimile: (937) 222-1224
Website: www.gafirm.com