IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19MJ498 |
| v. | : | |
| ETHAN KOLLIE | : | |

### JOINT MOTION TO EXTEND TIME TO FILE INDICTMENT/INFORMATION

The parties hereby jointly move for an order extending the time period specified in 18 U.S.C. § 3161(b), within which the United States must file and Indictment or Information relative to the current charge(s) in this matter, for a period of thirty (30) days, up to and including **October 8, 2019**. On August 9, 2019, the United States filed a complaint charging the defendant with (1) possession of a firearm by an unlawful user/addict of a controlled substance, in violation of Title 18, United States Code, Section 922(g)(3), and (2) making a false statement regarding firearms, in violation of Title 18, United States Code, Section 924(a)(1)(A) The Court issued an arrest warrant, and the defendant was arrested pursuant to that warrant later that same day, August 9, 2019. He made his initial appearance in this Court that same day. The thirtieth day after the day that defendant appeared in Court is September 8, 2019. The requested extension is for an additional 30 days, up to and including **October 8, 2019**.

This extension is requested pursuant to 18 U.S.C. §3161(h)(7)(A)-(B) because the failure to grant an extension would deny counsel for the defendant and the attorney for the United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice, in that the parties desire, request, and need additional time to review certain informal discovery material and information, conduct their respective investigation and analysis, and explore, negotiate and consider a possible pre-

Indictment resolution of this matter.

Defendant and his counsel have executed a concurrently filed Waiver of Timely Indictment/Information for a period of thirty (30) days, up to and including **October 8, 2019**. This Joint Motion may be executed in counterparts. No hearing is requested on this motion or accompanying waiver.

                                            Respectfully submitted,

                                            BENJAMIN C. GLASSMAN
                                            United States Attorney

| s/Nicholas G. Gounaris | s/Vipal J. Patel |
|---|---|
| NICHOLAS G. GOUNARIS, ESQ. | VIPAL J. PATEL (CA 156212) |
| Attorney for Defendant | First Assistant United States Attorney |
| 130 W. Second Street, Suite 2000 | Attorneys for Plaintiff |
| Dayton, OH 45402 | 200 West Second Street, Suite 600 |
| (937) 222-1515 | Dayton, Ohio 45402 |
| nick@gafirm.com | Office: (937) 225-2910 |
| | vipal.patel@usdoj.gov |