IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA : CASE NO. 3:19MJ498

v. :

ETHAN KOLLIE :

WAIVER OF TIMELY INDICTMENT/INFORMATION

I, Ethan Kollie, the above named defendant, who was arrested on August 9, 2019, made my initial appearance before this Court on August 9, 2019, and who is accused by a Complaint filed herein of (1) possession of a firearm by an unlawful user/addict of a controlled substance, in violation of Title 18, United States Code, Section 922(g)(3), and (2) making a false statement regarding firearms, in violation of Title 18, United States Code, Section 924(a)(1)(A), and, being advised of the nature of the charges and of my rights, do hereby waive, with the advice of my counsel, the thirty (30) day period within which an indictment or information relative to the above-mentioned charges must be filed under 18 U.S.C. § 3161(b). This waiver is for an additional thirty (30) day period commencing on the date when the indictment or the information must have been filed originally. Accordingly, this waiver of the time period within which an indictment or information with respect to the charges in the matter must be filed extends up to and including **October 8, 2019**.

This Waiver is made and executed in conjunction with, and support of, the accompanying Joint Motion for Order Extending Time to File Indictment/Information. By signing this Waiver below, I acknowledge that I understand this Waiver and accompanying Motion and have read and discussed their contents with my attorney, that I agree with and consent to the filing of this

Waiver and the accompanying Motion with this Court, that there will be no in-court appearance or hearing regarding this Waiver or the accompanying Motion, that no threats or promises have been made to get me to sign this Waiver, and that I have signed this Waiver knowingly, intelligently, and voluntarily, of my own free will.

Date: 8/26/19

ETHAN KOLLIE

I am ETHAN KOLLIE's attorney. By signing below, I acknowledge that I have carefully discussed this Waiver and the accompanying Motion for Order Extending Time to File Indictment/Information with my client, that I have fully advised my client of the nature of the charge(s) in this matter, his rights, and the consequences of entering into this Waiver and making the accompanying Motion, that my client expressed agreement with and consented to the filing of this Waiver and the accompanying Motion with this Court, and that to my knowledge, my client's decision to execute this Waiver is knowing, intelligent, and voluntary, of his own free will.

Date: 8.26.19

NICHOLAS G. GOUNARIS, ESQ.
Attorney for Defendant