# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        **Plaintiff,**

-vs-                                                    Case No.  3:19-mj-498

**ETHAN KOLLIE**

        **Defendant.**

___

### ENTRY AND ORDER
___

      **IT IS THE ORDER OF THE COURT** that the Defendant shall file any Reply to the Government's Response (doc.24) within seven (7) days of the issuance of this Order.  In addition, a transcript of the Defendant's Detention Hearing held on August 14 and 15, 2019, shall be filed with this Court no later than Friday, September 6, 2019.

      IT IS SO ORDERED.

                                                                      *s/Thomas M. Rose*

Date: August 30, 2019                                        _____

                                                                THOMAS M. ROSE, JUDGE
                                                                UNITED STATES DISTRICT COURT