United States District Court
Southern District of Ohio

## Related Case Memorandum
### Criminal Cases

TO: Judge Walter H. Rice, Judge Thomas M. Rose, Magistrate Judge Michael J. Newman

FROM: Kaylin Atkinson, Case Administrator

DATE: 11/8/2019

SUBJECT: Case Caption: USA v. Ethan Kollie

CASE: Case Number: 3:19-CR-169

DISTRICT JUDGE: Walter H. Rice

File Date: 11/8/2019

---

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** **3:19-MJ-498**

Case Caption: **USA v. Ethan Kollie**

Case Number: **3:19-MJ-498**     District Judge: **Thomas M. Rose**

File Date: **8/9/2019**     Magistrate Judge: **Michael J. Newman**


**Related Case(s):** _____

Case Caption: _____

Case Number: _____     District Judge: _____

File Date: _____     Magistrate Judge: _____

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Case Administrator _____
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge Rose

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

Other Direction of Judge: _____

_____

*[signature]*
United States District Judge

*[signature]*
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*